UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HECTOR QUINONES,

    Plaintiff,

v.  Case No. 6:19-cv-635-Orl-37EJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this social security appeal, Plaintiff seeks review of the Commissioner's decision to deny his application for disability benefits. (Doc. 1.) On referral, U.S. Magistrate Judge Embry J. Kidd recommends affirming the Commissioner's decision. (Doc. 29 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the R&R is adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 29) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.     The Commissioner's final decision is **AFFIRMED.**

3.     The Clerk is **DIRECTED** to enter judgment for Defendant Commissioner of

-2-

Social Security and against Plaintiff Hector Quinones and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 24, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record